UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**JOHN DAVID DAWSON**          :

     Petitioner          :        CIVIL ACTION NO. 3:22-0508

  v.          :          (JUDGE MANNION)

                  :

**Superintendent, SCI-ALBION,**

                  :

     Respondent

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

3. Financial determinations shall be left to the discretion of the transferee court.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: April 28, 2022**
20-1202-01-Order